# Smith *v.* The State.

### Crime.

(Decided May 18, 1916. 71 South. 979.)

Criminal Law; Sentence; Cost.—Under §§ 7620, 7635, it was proper to sentence to hard labor for the county where the punishment imposed did not exceed two years, notwithstanding an additional sentence to hard labor was imposed for the payment of costs.

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

Ramsey Smith was convicted of crime, and he appeals. Affirmed.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and H. G. DAVIS, Assistant Attorney General, for the State.

BROWN, J.—The term of imprisonment imposed as a punishment for the offense not exceeding two years, the sentence to hard labor for the county was proper (Code 1907, § 7620) ; and this is true, notwithstanding an additional sentence to hard labor was imposed for the payment of the costs.—Code 1907, § 7635; *Evans v. State,* 109 Ala. 12, 19 South. 535.

The record and proceedings of the trial court appearing in all things regular and free from error, the judgment is affirmed.

Affirmed.